UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAQUES FEARENCE, | ) | Case No. CV 10-8441 PA (MRW) |
| | ) | CV 10-8443 PA (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| E. FRANCES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action against Defendant Frances is dismissed with prejudice.

DATE: December 13, 2012  _____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE